IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2029-FL

| | | |
|---|---|---|
| LUTHER DANIEL STIDHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SUPERINTENDENT LAMAR PAYSOUR AND DIRECTOR ROBERT C. LEWIS, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

Petitioner sought a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 10, 2011, the court granted respondent's motion for summary judgment, and denied petitioner's § 2254 petition. The court also denied petitioner a certificate of appealability.

Petitioner now is before the court once more requesting that it issue a certificate of appealability. Because the court previously denied petitioner a certificate of appealability and because he has not provided any grounds for this court to alter this determination, the court DENIES petitioner's motion (DE # 29).

SO ORDERED, this the 2nd day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge